IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Joseph S. Bethman | : | 17-15344-sr |
| Debtor | : | |

ORDER GRANTING DEBTOR AN ADDITIONAL FIFTEEN (15) DAYS
TO FILE CHAPTER 13 SCHEDULES AND STATEMENT

AND NOW, THIS __7th__ DAY OF __September__ 2017, upon consideration of the Debtor's APPLICATION for additional time,

IT IS HEREBY ORDERED

That the Debtor shall have until __9/20/17__ to file Chapter 13 Schedules and Statements and Chapter 13 Plan.

SO ORDERED

BY THE COURT:

_____
STEPHEN RASLAVICH            J.
United States Bankruptcy Judge