United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph S Bethman  
    Debtor  

Case No. 17-15344-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Sep 08, 2017  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.  
db          +Joseph S Bethman,    33 Valentine Lane,    Levittown, PA 19054-1201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2017 at the address(es) listed below:  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         JOHN M. KENNEY    on behalf of Debtor Joseph S Bethman jken330@comcast.net, Kathy@jkenneylaw.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    LakeView Loan Servicing, LLC  
          bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              :        Chapter 13
Joseph S. Bethman                                   :        17-15344-sr
    Debtor                                        :

ORDER GRANTING DEBTOR AN ADDITIONAL FIFTEEN (15) DAYS
TO FILE CHAPTER 13 SCHEDULES AND STATEMENT

AND NOW, THIS __7th__ DAY OF __September__ 2017, upon consideration of the Debtor's APPLICATION for additional time,

IT IS HEREBY ORDERED

That the Debtor shall have until __9/20/17__ to file Chapter 13 Schedules and Statements and Chapter 13 Plan.

SO ORDERED

BY THE COURT:

_____
STEPHEN RASLAVICH                J.
United States Bankruptcy Judge