IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   JOSEPH S. BETHMAN      : Case No.  17-15344
                                                     : Chapter 13
                                                     :

## **CERTIFICATION OF SERVICE AND PROOF OF MAILING**

      The undersigned, attorney for Debtor, does hereby certify that I did on November 17, 2017, serve all Matrix creditors by electronic means or by US regular mail with notice of the rescheduling of the Meeting of Creditors in the above captioned matter until December 15, 2017 at 1:00 p.m.

      I declare under penalty of perjury that the foregoing is correct.

                                                             s/ John M. Kenney
Date: November 17, 2017           John M. Kenney, Esquire
                                                            308 N. Oxford Valley Road
                                                            Fairless Hills, PA  19030