IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                             :        Chapter 13
Joseph S. Bethman                                  :        17-15344-jkf
                        Debtor                     :

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Frederick
L. Reigle, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby
**ORDERED** that:

1.    This chapter 13 bankruptcy case is **DISMISSED**.

2.    Counsel for the Debtor shall file a master mailing list with the Clerk of the
      Bankruptcy Court if such has not been previously filed.

3.    Any wage orders previously entered are VACATED.

4.    Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan
      payments in the possession of the Trustee shall not revest in the entity in
      which such property was vested immediately before the commencement
      of the case.  All other property of the estate shall revest pursuant to 11
      U.S.C. §349(b)(3).

5.    All applications for allowance of administrative expenses (including
      applications for allowance of professional fees) shall be filed within twenty
      (20) days of the entry of this Order.

Date:

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge