United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 17-15344-jkf
Joseph S Bethman                                                              Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 2              Date Rcvd: Feb 23, 2018
                              Form ID: pdf900             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2018.
```
db             +Joseph S Bethman,    33 Valentine Lane,    Levittown, PA 19054-1201
13963584      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bankamerica,     Po Box 982238,    El Paso, TX 79998)
13963585       +Commercial Acceptance,    2300 Gettysburg Rd,    Camp Hill, PA 17011-7303
13963587       +I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
13963588       +M & T Bank,    c/o Matteo S. Weiner, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Phila., PA 19106-1541
13963591       +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
13963592       +Verizon,   Po Box 650584,    Dallas, TX 75265-0584
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Feb 24 2018 01:48:13      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 24 2018 01:47:40      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13963583       +E-mail/Text: EBNProcessing@afni.com Feb 24 2018 01:47:28      Afni, Inc.,    Po Box 3097,
                 Bloomington, IL 61702-3097
13963586       +E-mail/Text: bknotice@ercbpo.com Feb 24 2018 01:47:24      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13986018        E-mail/Text: cio.bncmail@irs.gov Feb 24 2018 01:46:33      IRS,    Fresno, CA 93888
13986454        E-mail/Text: camanagement@mtb.com Feb 24 2018 01:46:37      Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    P.O. Box 1288,   Buffalo, NY 14240-1288
13986019        E-mail/Text: camanagement@mtb.com Feb 24 2018 01:46:37      M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
13988318        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 24 2018 01:47:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13963590       +E-mail/Text: bankruptcy@sw-credit.com Feb 24 2018 01:47:21      Southwest Credit Syste,
                 4120 International Pkwy,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13963589       Michael McKeever Esq
13986020       Michael McKeever Esq
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
13986012*     +Afni, Inc.,    Po Box 3097,   Bloomington, IL 61702-3097
13986013*    ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:  Bankamerica,     Po Box 982238,    El Paso, TX 79998)
13986014*     +Commercial Acceptance,    2300 Gettysburg Rd,   Camp Hill, PA 17011-7303
13986015*     +Enhanced Recovery Co L,    8014 Bayberry Rd,   Jacksonville, FL 32256-7412
13986016*     +I C System,    Po Box 64378,   Saint Paul, MN 55164-0378
13986017*      Internal Revenue SErvice,    Fresno, CA 93888-0419
13986021*     +Southwest Credit Syste,    4120 International Pkwy,    Carrollton, TX 75007-1958
13986022*     +Td Auto Finance,    Po Box 9223,   Farmington Hills, MI 48333-9223
13986023*     +Verizon,   Po Box 650584,    Dallas, TX 75265-0584
                                                                                     TOTALS: 2, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: ChrissyW              Page 2 of 2                    Date Rcvd: Feb 23, 2018
                               Form ID: pdf900             Total Noticed: 16
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOHN M. KENNEY    on behalf of Debtor Joseph S Bethman jken330@comcast.net, Kathy@jkenneylaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   LakeView Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: : Chapter 13
Joseph S. Bethman : 17-15344-jkf
    Debtor :

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Frederick L. Reigle, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

Date:

**Date: February 22, 2018**

HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge