**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: JOSEPH S. BETHMAN            : Case No. 17-15344-jkf
                                                           : Chapter 13

<u>ORDER</u>

**AND NOW,** this 19th day of March, 2018, upon Motion of Debtor and for good cause shown, it is

**ORDERED** that the Motion for Approval of Administrative Expenses is **GRANTED**; and

**ORDERED** that counsel for the Debtor is awarded $1,225.80 as compensation for the firm's services in this case. The Trustee is authorized ~~and directed~~ to pay the amount of $1,225.80 to the said counsel and the Trustee is authorized ~~and directed~~ to pay this sum to counsel from the plan payments which he has received on the Debtor's account,.~~made payable to John M. Kenney, Esquire.~~

BY THE COURT:

BY:_____
HONORABLE JEAN K. FITZSIMON