United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-15344-jkf
Joseph S Bethman                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW            Page 1 of 1        Date Rcvd: Mar 19, 2018
                            Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2018.
db             +Joseph S Bethman,    33 Valentine Lane,    Levittown, PA 19054-1201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2018 at the address(es) listed below:
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
        JOHN M. KENNEY    on behalf of Debtor Joseph S Bethman jken330@comcast.net,    Kathy@jkenneylaw.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                   TOTAL: 5

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: JOSEPH S. BETHMAN               : Case No. 17-15344-jkf
                                       : Chapter 13

ORDER

**AND NOW,** this 19th day of March, 2018, upon Motion of Debtor and for good cause shown, it is

**ORDERED** that the Motion for Approval of Administrative Expenses is **GRANTED**; and

**ORDERED** that counsel for the Debtor is awarded $1,225.80 as compensation for the firm's services in this case. The Trustee is authorized ~~and directed~~ to pay the amount of $1,225.80 to the said counsel and the Trustee is authorized ~~and directed~~ to pay this sum to counsel from the plan payments which he has received on the Debtor's account, ~~made payable to John M. Kenney, Esquire~~

BY THE COURT:

BY: _____
HONORABLE JEAN K. FITZSIMON